**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD L. HALL, <br><br>              Plaintiff, <br><br>     v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>              Defendant. <br>_____ | Case No.: 1:11-cv-00693 JLT <br><br> ORDER REQUIRING PLAINTIFF TO FILE AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Edward L. Hall ("Plaintiff") is proceeding *pro se* in this action. Plaintiff filed his Complaint on May 2, 2011 (Doc. 1), along with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 3).

According to his application, Plaintiff is not employed, has no income of any kind, and has no cash or savings. Further, Plaintiff states he possesses no items of value, such as real estate or an automobile. *Id.* at 1-2. Plaintiff indicates that he has no debts or financial obligations, or regular monthly expenses, such as housing, transportation or utilities. *Id.* at 4. Therefore, the Court is unable to determine how Plaintiff is supporting himself, or if he is dependent upon another person who would be able to pay the filing fee.

Accordingly, Plaintiff is ORDERED to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma*

*pauperis*.

Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **May 6, 2011**                                                          **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE