1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  EDWARD L. HALL,                          )  Case No.: 1:11-cv-00693 JLT
                                             )
12              Plaintiff,                   )  ORDER REQUIRING PLAINTIFF TO FILE A
                                             )  SECOND AMENDED APPLICATION TO
13       v.                                  )  PROCEED IN FORMA PAUPERIS
                                             )
14  COMMISSIONER OF SOCIAL SECURITY,         )  (Doc. 5)
                                             )
15                                           )
                Defendant.                   )
16  _____ )

17       Plaintiff Edward L. Hall ("Plaintiff") is proceeding *pro se* in this action.  Plaintiff filed his

18  Complaint on May 2, 2011 (Doc. 1), along with a motion to proceed *in forma pauperis* pursuant to

19  28 U.S.C. § 1915.  (Doc. 3).  Following the Court's order to clarify his financial status, Plaintiff filed

20  a second motion on May 9, 2011.  (Doc. 5).

21       According to Plaintiff's first application dated May 2, 2011 and signed under penalty of

22  perjury, Plaintiff is not incarcerated.  (Doc. 3 at 1).  In fact, on his complaint he lists his street

23  address as one that is in Fresno, California.  (Doc. 1)  However, according to his amended

24  application, also signed under penalty of perjury, Plaintiff claims now that he is incarcerated at

25  Avenal State Prison.[1]  (Doc. 5 at 1).  If he is truly is in inmate at Avenal State Prison, the application

26

27       [1]The Court is concerned that Plaintiff attests first to one set of facts and then later to a different set of facts.  Plaintiff
    is admonished that he is obligated to report *only* true facts to the Court at all times.  In future, Plaintiff is ORDERED to
28  carefully review all documents by himself or to obtain assistance in reviewing these documents, before he signs them to

                                               1

requires prisoners to attach a ledger "showing at least the past six months's transactions" on their

accounts. *Id.* In addition, the application states:

> NOTICE TO PRISONER:  A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and payments during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutes, attach one certified statement of each account.

(Doc. 3 at 2; Doc. 5 at 2).   Here, Plaintiff failed to attach a ledger of his transactions at Avenal State

Prison containing the requisite information.

In addition, in the amended application, Plaintiff stated that in the past twelve months he has

received "general grant" funds, but failed to state the amount received and what he expected to

continue to receive.  *Id.*  Notably, Plaintiff did not disclose his receipt of funds on his first

application, though he signed the document under penalty of perjury.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL FILE**, within fourteen days of this order, an second amended

   application to proceed *in forma pauperis* including the ledger of his transactions at

   Avenal State Prison and the amount of income received through the "general grant"

   and the amount Plaintiff expects to continue to receive; and

2. Plaintiff is warned that failure to comply with this order may result in denial of his

   application to proceed *in forma pauperis.*

IT IS SO ORDERED.

Dated:   **May 11, 2011**                                              **/s/ Jennifer L. Thurston**

                                                                     UNITED STATES MAGISTRATE JUDGE

---

ensure that he provides accurate information to the Court.  Failure to comply may result in an order dismissing his case.